JOHN F. MACENULTY, Appellant, *v.* CARNEGIE STEEL COMPANY, Respondent.

*Contract — sale — action by purchaser to recover damages alleged to have been caused by delay in delivery.*

*MacEnulty* v. *Carnegie Steel Co.*, 220 App. Div. 826, affirmed.

(Argued January 11, 1928; decided February 14, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1927, unanimously affirming a judgment in favor of defendant entered upon a verdict. The action was to recover damages alleged to have been caused plaintiff's assignor by delay in the delivery of steel plates to be used in the manufacture of freight cars under contracts made by said assignor with defendant in October and November, 1916.

*Albert Stickney* and *Hersey Egginton* for appellant.

*Nathan L. Miller, David G. George, Kenneth B. Halstead* and *William Averell Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and KELLOGG, JJ. Not sitting: LEHMAN, J. Not voting: O'BRIEN, J.

---

In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Widening of Fourth Avenue in the Borough of Manhattan.

PARLEX HOLDING COMPANY, Appellant.

*Municipal corporations — New York city — street widening proceedings — damages — erroneous measure of damages in award in street widening proceeding.*

*Matter of City of New York (Fourth Ave.)*, 221 App. Div. 458, affirmed.

(Argued January 9, 1928; decided February 14, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

July 25, 1927, which reversed an order of Special Term awarding damages and assessing benefits in a street widening proceeding and remitted the proceeding to the Special Term for a rehearing on the ground that the award had been made on an erroneous theory. Appellant owned property one block square with frontage on Fourth avenue. In this proceeding a strip 20 feet in width was taken for the purpose of widening said avenue. In fixing damages the trial court took as a basis lots 100 feet deep on Fourth avenue, fixed a value for them and then allowed as damages twenty-five per cent of such value. This the Appellate Division held to be erroneous.

*Martin Conboy* and *David Asch* for appellant.

*George P. Nicholson, Corporation Counsel* (*Joel J. Squier* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN and O'BRIEN, JJ. Dissenting: ANDREWS and KELLOGG, JJ.

---

SAMUEL ROSENBLUM, INC., Respondent, *v.* MERCHANTS REFRIGERATING COMPANY, Appellant.

*Bailment — warehousemen — negligence — damage to stored merchandise from frost.*

*Rosenblum, Inc.,* v. *Merchants Refrigerating Co.,* 220 App. Div. 834, affirmed.

(Argued January 18, 1928; decided February 14, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for damage to onions, stored with defendant under a contract of bailment, alleged to have been caused by defendants negligently permitting them to freeze.

*Henry C. Burnstine* and *Daniel E. Hanlon* for appellant.

*Bernard Gordon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.